UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVINE OLIVER, Inmate #B-28885,<br><br>     Plaintiff,<br><br>    v.<br><br>LT. RONALD G. MCGILL and JOE H. PARKER,<br><br>     Defendants. | Case No. 03-cv-166-JPG |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's claims against defendant Joe H. Parker, in this case are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's claims against Lt. Ronald G. McGill in his official capacity are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on plaintiff's claim for First Amendment retaliation in favor of defendant Lt. Ronald G. McGill and against the plaintiff.

      **DATED: November 9, 2006.**

                                                     **NORBERT G. JAWORSKI, CLERK**

                                                     s/Brenda K. Lowe
                                                     **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**